JULIA M. JAYNE, State Bar No. 202753
Jayne Law Group, P.C.
803 Hearst Ave.
Berkeley, CA 94710
Telephone: 415-623-3600
Facsimile: 415-623-3605
julia@jaynelawgroup.com

Attorney for Defendant MICHAEL KAIL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL KAIL,<br><br>　　　　Defendant. | Case No. 18 CR 172 BLF<br><br>**DEFENDANT MICHAEL KAIL'S NOTICE OF APPEAL**<br><br>Dept:　　Courtroom 3, 5th Floor<br>Judge:　 Hon. Beth Labson Freeman |

　　　Defendant Michael Kail hereby appeals the judgment and sentence of the Court, and from all of said judgment and sentence, including restitution and forfeiture, entered on or about December 16, 2021, to the United States Court of Appeals for the Ninth Circuit.

Dated: December 27, 2021　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　Julia Jayne
　　　　　　　　　　　　　　　　　　　Attorney for MICHAEL KAIL

MICHAEL KAIL'S NOTICE OF APPEAL

1