JULIA M. JAYNE, State Bar No. 202753
Jayne Law Group, P.C.
803 Hearst Ave.
Berkeley, CA 94710
Telephone: 415-623-3600
Facsimile: 415-623-3605
julia@jaynelawgroup.com

Attorney for Defendant MICHAEL KAIL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18 CR 172 BLF [NC] |
| Plaintiff, | **DEFENDANT'S APPLICATION FOR ORDER PERMITTING MODIFICATION OF RELEASE CONDITIONS; ORDER** |
| v. | |
| MICHAEL KAIL, | |
| Defendant. | |

I, Julia Jayne, declare:

1. I represented Defendant Michael Kail in the above-entitled matter. He is currently released on a $200,000 secured bond with travel restricted to the Northern District of California. Mr. Kail remains released on bond pending the outcome of his appeal to the Ninth Circuit. The purpose of this application is to request that Mr. Kail be allowed to travel to Barcelona, Spain for a work conference on approximately November 5 – November 11, 2023. In his full-time role as CTO, he has been asked to attend VMware's Explore conference in Barcelona. He would travel with his CEO and his family would remain in the Bay Area.

2. Additionally, Mr. Kail requests that his passport be returned to him immediately so that he may renew his passport. Instructions for passport renewal indicate that one's old passport must be mailed in. Mr. Kail would return the new passport to pretrial services should it arrive prior to the

Case No. CR-18-0172 BLF [NC]
APPLICATION AND ORDER

1. week before his anticipated travel dates.

2. 3. Assistant United States Attorney Colin Sampson does not object to this request.

3. 4. United States Pretrial Officer Brad Wilson has been provided with Mr. Kail's travel request, and Officer Wilson does not object to this request. Mr. Wilson is in possession of Mr. Kail's passport and therefore, it is requested that he release it to Mr. Kail immediately for the purposes of renewal and then again, in advance of the travel dates. Mr. Kail would then re-surrender the passport to Mr. Wilson within 48 hours of his return.

5. Based on the foregoing, I respectfully request that the conditions of Mr. Kail's release be modified so that he may be permitted to travel to and from Barcelona, Spain from November 5-11, 2023. All other conditions of Mr. Kail's release shall remain the same.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: August 8, 2023            /s/
                                 JULIA JAYNE
                                 Attorney for Michael Kail

**ORDER**

Based on the foregoing, and good cause appearing:

**IT IS HEREBY ORDERED** that the conditions of Defendant Michael Kail's release shall be modified as follows:

Mr. Kail is permitted to travel to and from Barcelona, Spain from November 5-11, 2023. Pretrial Officer Bradley Wilson may release Mr. Kail's passport to him immediately for the purpose of passport renewal and then again, prior to travel. Within 48 hours of his return, Mr. Kail must re-surrender his passport to Mr. Wilson. All other terms and conditions of Mr. Kail's release shall remain the same.

DATED: August 9, 2023

_____
HONORABLE MAG. SUSAN VAN KEULEN
United States Magistrate Court Judge